LOUIS V. FOX and Others, as Surviving Executors, etc., Appellants, Respondents, v. DEANE K. FOX, an Infant, and Others, Respondents, Appellants, Impleaded, etc. — Judgment so far as appealed from affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MCQUADE, Appellant.—Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

BERGDORF & GOODMAN COMPANY, Respondent, v. FRANCIS I. MCCANNA and Another, as Executors, etc., of EDITH EVELYN HANAN, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ERNEST F. PINNER, Respondent, v. NATHAN LEDER, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

CHARLES P. DORFF, Respondent, v. ANTONIO TAYA and Others, Copartners, etc., Appellants.— Judgment and orders affirmed, with costs, on the authority of *Dorff* v. *Taya* (194 App. Div. 278). Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ALFONSO LA BARBERA, an Infant, by GIUSEPPE LA BARBERA, His Guardian ad Litem, Respondent, v. WILLIAM LANDGREBE and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $4,170.95, in which event the judgment as·so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.; Clarke, P. J., and Greenbaum, J., dissenting and voting for reversal.

OSCAR L. GUBELMAN and Others, Copartners, etc., Respondents, v. ANDS KOCH, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

IDA HOGBIN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL METZGER, Appellant, Impleaded with Another.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

VICTOR FILIPPONI, as Agent for MAURICE WAX and MAURICE VITALE, Doing Business as WAX & VITALE, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.